IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| WARMA, WITTER, KREISLER, GREGOV & ASSOCIATES, INC.<br>Plaintiff,<br><br>v.<br><br>PARK UNIVERSITY ENTERPRISES, INC. d/b/a FRED PRYOR SEMINARS and CAREERTRACK, and JOHN DOES 1-12<br>Defendants. | No. 13 CV 00987-DRH-SCW<br><br>Honorable David R. Herndon |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action with prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **WARMA, WITTER, KREISLER GREGOV & ASSOCIATES, INC.** | **PARK UNIVERSITY ENTERPRISES, INC.** |
| s/Phillip A. Bock (with consent) | s/Bart T. Murphy (with consent) |
| By one of its attorneys | By one of its attorneys |
| Phillip A. Bock | Bart T. Murphy # 6181178 |
| Bock & Hatch, LLC | Ice Miller, LLP |
| 134 N. LaSalle St., Ste. 1000 | 2300 Cabot Dr., Ste. 455 |
| Chicago, IL 60602 | Lisle, IL 60532 |
| 312-658-5500 | 630-955-6392 |

Robert J. Sprague
Sprague & Urban
26 E. Washington St.
Belleville, IL 62220
618-233-8383