IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WARMA, WITTER, KREISLER,
GREGOV & ASSOCIATES, INC.,**

Plaintiffs,

v.

**PARK UNIVERSITY ENTERPRISES,
INC. d/b/a FRED PRYOR SEMINARS
and CAREERTRACK, and JOHN DOES
1-12,**

Defendants.                                 Case No. 13-cv-987-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation to dismiss (Doc. 9). The parties stipulate to dismiss this action with prejudice and without costs. The Court acknowledges the parties' stipulation and holds this case is **DISMISSED with prejudice**. The Clerk is instructed to close the case and enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2013.

David R. Herndon
2013.10.30
05:46:10 -05'00'

**Chief Judge
United States District Court**