UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**WARMA, WITTER, KREISLER, GREGOV & ASSOCIATES, INC.,** *an Illinois corporation, individually and as the representative of a class of similarly situated persons,*

    **Plaintiff,**

v.

**PARK UNIVERSITY ENTERPRISES, INC.,**
*d/b/a Fred Pryor Seminars and Careertrack,*
and **JOHN DOES 1-12,**

    **Defendants**                                              No. 13-cv-987-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court on Plaintiff's Stipulation to Dismiss.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on October 30, 2013, this case is **DISMISSED** with prejudice.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        **BY:**      /s/*Sara Jennings*
                                                      **Deputy Clerk**

Dated:   October 30, 2013

                            David R. Herndon
                            2013.10.30
APPROVED:            05:49:36 -05'00'
             CHIEF JUDGE
             U. S. DISTRICT COURT